IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

### INACTIVE DOCKET ORDER
### (Amends Inactive Docket Order ECF No. 4907)

The Court has been advised by counsel that in the cases listed on the attached Exhibit A,

the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model

with regard to AMS. The Court, therefore, finds it unnecessary to conduct further proceedings or

to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the

active docket.

3.      Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or

before May 31, 2018; if settlements are not finalized and dismissal orders are not submitted by

May 31, 2018 then the Court will have a hearing to determine the appropriate action pertaining

to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed

---

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any
American Medical Systems, Inc. entities.

to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 4993 .

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – TOR HOERMAN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00617 | Sandra Statler v. American Medical Systems, Inc. |
| 2:12-cv-00621 | Colleen O'Hearn and Stephen Labrie v. American Medical Systems, Inc. |
| 2:12-cv-00771 | Annette Israel, Ronald Israel, Trustee of the Israel Family Trust and Executor of the Estate of Harold Irwin Israel, deceased v. American Medical Systems, Inc. |
| 2:12-cv-00810 | Rosa Lee Pfeiffer and Robert Pfeiffer v. American Medical Systems, Inc. |
| 2:12-cv-01815 | Janice Allen, Franklin Allen v. American Medical Systems, Inc. |
| 2:12-cv-01816 | Beverly Wilson, Jack E. Wilson v. American Medical Systems, Inc. |
| 2:12-cv-01823 | Vickie Hines, Jason Wayne Hines v. American Medical Systems, Inc. |
| 2:12-cv-02114 | Carrie Trawick Darjean, Brian P. Darjean v. American Medical Systems, Inc. |
| 2:12-cv-02506 | Pamela Duncan and Herman Duncan v. American Medical Systems, Inc. |
| 2:12-cv-02507 | Brenda Eaves and Charles Evaes v. American Medical Systems, Inc. |
| 2:12-cv-02508 | Tonya Fyffe v. American Medical Systems, Inc. |
| 2:12-cv-05023 | Sherri Bottens v. American Medical Systems, Inc. |
| 2:12-cv-07727 | Jan Stairs, Roger Stairs v. American Medical Systems, Inc. |
| 2:12-cv-08426 | Susan Musaus v. American Medical Systems, Inc. |
| 2:13-cv-01034 | Megan Haun, James Haun v. American Medical Systems, Inc. |
| 2:13-cv-02516 | Carol Sobo, Hugo Sobo v. American Medical Systems, Inc. |
| 2:13-cv-03322 | Mary Lenahan v. American Medical Systems, Inc. |
| 2:13-cv-03325 | Helen Lewis v. American Medical Systems, Inc. |
| 2:13-cv-03331 | Janice O'Grady, Stephen O'Grady v. American Medical Systems, Inc. |
| 2:13-cv-04918 | Teri Bennett v. American Medical Systems, Inc. |
| 2:13-cv-04920 | Martha Cooper v. American Medical Systems, Inc. |
| 2:13-cv-04921 | Joelina Espinoza v. American Medical Systems, Inc. |
| 2:13-cv-04922 | Maria Gomez, Rafael Gomez v. American Medical Systems, Inc. |
| 2:13-cv-04924 | Carole Mavity, Fletcher Mavity v. American Medical Systems, Inc. |
| 2:13-cv-09987 | Lourdes Alonso, Silvio Alonso v. American Medical Systems, Inc. |
| 2:13-cv-10001 | Barbara Carter, Edward Carter v. American Medical Systems, Inc. |
| 2:13-cv-10205 | Cheryl Thorp v. American Medical Systems, Inc. |
| 2:13-cv-16679 | Peggy Dun, John Dunn v. American Medical Systems, Inc. |
| 2:13-cv-16720 | Ana Rivera v. American Medical Systems, Inc. |

| 2:13-cv-16804 | Michele Slabodnick v. American Medical Systems, Inc. |
|---|---|
| 2:13-cv-16807 | Isabella Rye, David Rye v. American Medical Systems, Inc. |
| 2:13-cv-16873 | Rebecca Williams v. American Medical Systems, Inc. |
| 2:13-cv-18235 | Michelle Buivis v. American Medical Systems, Inc. |
| 2:14-cv-13736 | Judi Braxton, William Braxton v. American Medical Systems, Inc. |
| 2:14-cv-14694 | Nanci W. Simmons, Tom Simmons v. American Medical Systems, Inc. |
| 2:14-cv-16262 | Katina Miller v. American Medical Systems, Inc. |
| 2:14-cv-20481 | Tina Paine v. American Medical Systems, Inc. |
| 2:14-cv-27156 | Laurie Demro v. American Medical Systems, Inc. |
| 2:14-cv-27369 | Patricia Martin, Lawrence Martin v. American Medical Systems, Inc. |
| 2:14-cv-27371 | Tina Ruggiero v. American Medical Systems, Inc. |
| 2:14-cv-27372 | Shirley Scott v. American Medical Systems, Inc. |
| 2:14-cv-27373 | Ami Lyn Steffen v. American Medical Systems, Inc. |
| 2:14-cv-31422 | Emma Rivas v. American Medical Systems, Inc. |
| 2:15-cv-01593 | Amy Jamison v. American Medical Systems, Inc. |
| 2:15-cv-01595 | Susan Evans v. American Medical Systems, Inc. |
| 2:15-cv-01607 | Mirandy Grace Lewis, Barrett Lewis v. American Medical Systems, Inc. |
| 2:15-cv-02464 | Karen S. Allen, Clyde T. Allen, Jr. v. American Medical Systems, Inc. |
| 2:15-cv-03048 | Ann Straka, Dan Straka v. American Medical Systems, Inc |
| 2:15-cv-04292 | Martha Cole v. American Medical Systems, Inc. |
| 2:15-cv-05247 | Beatriz Carvajal v. American Medical Systems, Inc. |
| 2:15-cv-05251 | Jeanne Griffin v. American Medical Systems, Inc. |
| 2:15-cv-05354 | Noemi Ochoa v. American Medical Systems, Inc. |
| 2:15-cv-05497 | Teri O'Neal v. American Medical Systems, Inc. |
| 2:15-cv-05513 | Amanda Young v. American Medical Systems, Inc. |
| 2:17-cv-00428 | Delories Ansell v. American Medical Systems, Inc. |
| 2:17-cv-00432 | Lori Austin, Henry Austin, Jr. v. American Medical Systems, Inc. |
| 2:17-cv-00433 | Karissa Bain v. American Medical Systems, Inc. |
| 2:17-cv-00435 | Isabel Beegle v. American Medical Systems, Inc. |
| 2:17-cv-00444 | Christy Boring v. American Medical Systems, Inc. |
| 2:17-cv-00459 | Nancy Cole v. American Medical Systems, Inc. |
| 2:17-cv-00460 | Yolanda Cordova v. American Medical Systems, Inc. |
| 2:17-cv-00461 | Tara Croteau vs. American Medical Systems, Inc. |
| 2:17-cv-00463 | Deborah Foster, Melvin Foster v. American Medical Systems, Inc. |
| 2:17-cv-00464 | Pamela Golden v. American Medical Systems, Inc. |
| 2:17-cv-00465 | Madonna Hartley-Parks, Thomas Parks v. American Medical Systems, Inc. |
| 2:17-cv-00466 | Deanna Hodgdon v. American Medical Systems, Inc. |
| 2:17-cv-00467 | DeAnna Horton v. American Medical Systems, Inc. |
| 2:17-cv-00885 | Lisa Radford v. American Medical Systems, Inc. |